## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

John Doe

                                                    Plaintiff,

v.                                                              Case No.:
                                                                1:20−cv−04518
                                                                Honorable John
                                                                J. Tharp Jr.

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto, et al.

                                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2020:

    MINUTE entry before the Honorable John J. Tharp, Jr:The time for answering the plaintiff's complaint expired on 9/15/2020. The unopposed motion by defendants 5happydeals, JCHENG, Whitelotous, Yehf., and cheerfuldays 08 for an extension of time [42] is granted. The moving defendants' responses to the amended complaint are due by 12/7/2020. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.