# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

John Doe

                              Plaintiff,

v.                                                                       Case No.: 1:20−cv−04518

                                                                         Honorable John J. Tharp Jr.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 1, 2020:

       MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff's motion for default judgment [37] refers to an attached Amended Schedule A, which is not attached to the document. Plaintiff is directed to file the Amended Schedule A on the docket, reflecting the defendants who have been granted an extension to respond to the complaint [43]. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.